BARNHARD v. COPPESS.

1. **Appeal:** NO QUESTION OF LAW AND NO INJUSTICE TO APPELLANT: JUDGMENT AFFIRMED. On an appeal from an action in chancery to settle a partnership, triable *de novo* in this court, where there is no point of law involved and the judgment does the appellant no injustice, the judgment will be affirmed.

*Appeal from Jones District Court.*

THURSDAY, JUNE 15.

ACTION in chancery to settle a partnership between the parties, and to recover an amount due plaintiff from defendant on account of the partnership transactions, and other sums arising upon other transactions. There was a decree for plaintiff in the sum of $867.14. Defendant appeals.

*Sheean & McCarn*, for appellants.

*J. W. Jameson*, for appellee.

BECK, J.—The case is triable *de novo* in this court. There is not a single point of law in the case in dispute or involved in doubt. The evidence is conflicting, but probably no more so than is usually found in this class of cases. The decision of the respective claims of the parties rests wholly upon a statement of their accounts and of the accounts of the partnership. This requires the inspection of the evidence relating to each, and to the items in dispute. This having been carefully done reveals a result, varying in a trifling sum only, from the amount found due the plaintiff by the court below. We reach the conclusion that the judgment appealed from is correct. It surely does defendant no injustice. If we were to change it at all, we would allow a little more to plaintiff; but, as he does not complain, the judgment cannot be disturbed.

A discussion of the testimony would not prove of interest

or profit to any one, nor are we accustomed to set out the evidence in cases of this kind. The judgment of the District Court must be

AFFIRMED.